# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRA DAWSON,<br><br>    Petitioner,<br><br>    v.<br><br>D.K. JOHNSON,<br><br>    Respondent. | Case No. 1:15-cv-00800-LJO-MJS (HC)<br><br>**ORDER GRANTING IN PART MOTIONS FOR STATUS**<br><br>**(ECF Nos. 24, 25)** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 25, and September 1, 2017, she filed motions seeking the status of her petition. (ECF Nos. 24, 25.) She also asks for a complete copy of all documents on the docket.

Petitioner's motions for status are HEREBY GRANTED in part. Petitioner is advised that the petition is fully briefed and will be addressed by the Court is due course. Petitioner's request for copies of all documents is denied without prejudice. There is no provision entitling Petitioner to an additional, free copy of all documents on this Court's docket. Moreover, all of the documents filed in this Court have either been filed by

Petitioner or served upon her. She provides no reason why she requires an additional copy of these documents at this stage in the proceedings. The petition is fully briefed and it does not appear that the copies would assist Petitioner at this time.

IT IS SO ORDERED.

Dated: September 12, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE